LORRAINE CHANIN RACHIMI, Appellant, v PETER RACHIMI, Respondent.

Submitted February 23, 2009; decided March 31, 2009

Motion by the American Academy of Matrimonial Lawyers, New York Chapter, for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.